IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER ROS LAZO, | : | No. 3:25-CV-1951 |
| **Petitioner** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN of LSCI-ALLENWOOD, | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Petitioner Alexander Ros Lazo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

Date: 4/8/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court